IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA GARCIA, | Case No. CIV. S-04-1940 DFL GGH |
| Plaintiff, | |
| v. | ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT |
| INTERSTATE ASSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY, JOYCE FRANCIS, FAMILY LIFE INSURANCE COMPANY, and DOES 1-25, inclusive, | |
| Defendants. | |

The court has been advised by Robert Milligan, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than May 11, 2006, and,

//

1

1    2.   That all hearing dates previously set in this matter
2 are vacated.
3    IT IS SO ORDERED.
4 Dated: <u>April 12, 2006</u>

                          <u>/s/ David F. Levi</u>
                          DAVID F. LEVI
                          United States District Judge