1  SEYFARTH SHAW LLP
   Kurt A. Kappes (State Bar No.: 146384)
2  Robert B. Milligan (State Bar No.: 217348)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   PROTECTIVE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALINA GARCIA, | ) | Case No. CIV. S-04-1940 DFL GGH |
|---|---|---|
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | ) | |
| INTERSTATE ASSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY, JOYCE FRANCIS, FAMILY LIFE INSURANCE COMPANY, and DOES 1-25, inclusive. | ) | Judge: Hon. David F. Levi |
| Defendants | ) | |

Plaintiff Alina Garcia and Defendant Protective Life Insurance Company (successor in interest to Interstate Assurance Company) have reached a resolution of this case, including Garcia's claims against Defendant Joyce Francis, who has not appeared in the action. Garcia and Protective Life agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs in the action.

//

//

SC1 17070503.1                     1

1   The parties seek the Court's approval of the dismissal of this action with prejudice,
2   through the order below.
3   DATED:

|   |   |
|---|---|
|   | By_____<br>Michael Babitske<br>Attorneys for Plaintiff<br>ALINA GARCIA |
| DATED: May 15, 2006 | SEYFARTH SHAW LLP |
|   | By_____<br>Kurt A. Kappes<br>Attorneys for Defendant<br>PROTECTIVE LIFE INSURANCE COMPANY |

**IT IS SO ORDERED.**

Date:  5/12/2006

_____
DAVID F. LEVI
United States District Judge

SC1 17070503.1                                2